UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| CHEVRON PUERTO RICO, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOSE M. CRESPO-LORENZO, et al.,<br><br>Defendants. | Civil No. 12-1562 (JAF) |

**O R D E R**

After having reviewed Magistrate-Judge Carreño-Coll's Report and Recommendation, (Docket No. 26), and no objections having been filed within the time allowed, the court **ADOPTS** the Magistrate-Judge's Report.

Damages in the amount of $131,598.00 are entered against Defendant José M. Crespo-Lorenzo.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 7th day of February, 2013.

                                                        s/José Antonio Fusté
                                                        JOSE ANTONIO FUSTE
                                                        United States District Judge